**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INTERACTIVE BROKERS LLC, a Connecticut limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> STEPHANIE LIN FOON WONG, <br><br> Defendant. | Case No. 1:26-cv-06579 <br><br><br> **[PROPOSED] ORDER** |

Upon considering the foregoing Motion for a Preliminary Injunction by Plaintiff Interactive Brokers LLC;

**IT IS ORDERED** that, effective immediately as of _____, 2026, Defendant Stephanie Lin Foon Wong is hereby preliminarily enjoined from proceeding in the arbitration before the Financial Industry Regulatory Authority, *Stephanie Lin Foon Wong vs. Interactive Brokers LLC*, No. 26-01225 (FINRA), until this Court has ordered otherwise.  This order is being issued for the reason that Plaintiff has made an initial showing that there is no agreement between Plaintiff and Defendant to arbitrate this dispute, and Defendant is not a customer of Plaintiff entitled to arbitrate this dispute pursuant to FINRA Rule 12200. Furthermore, Plaintiff has made an initial showing that it is likely to prevail on the merits, will suffer irreparable harm absent injunctive relief, that the balance of the equities are in its favor, and that injunctive relief is in the public interest.  Ms. Wong may comply with this Order by cooperating with Interactive Brokers LLC to inform FINRA that the Arbitration is to be placed on inactive status until judgment issues in this case.

2

**IT IS FURTHER ORDERED** that Plaintiff is not required to post any security inasmuch as Defendant will not incur any costs or damages to abide by injunctive relief issued by this Court.

DATED this __ day of _____, 2026

_____

UNITED STATES DISTRICT JUDGE