# Morgan Lewis

**Matthew E. Cooper**
Associate
+1.212.309.6398
matthew.cooper@morganlewis.com

August 7, 2026

**VIA ECF**

Hon. Gregory H. Woods, United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:     Interactive Brokers LLC v. Wong, No. 1:26-cv-06579

Dear Judge Woods:

We represent Plaintiff Interactive Brokers LLC ("IBLLC") in the above-referenced action.  We write to respectfully request that the Court direct the Clerk of Court to seal ECF No. 1-1 *nunc pro tunc*. The reason for our request is that we inadvertently filed document ECF No. 1-1 in a manner that exposed attorney work product.  Attached to this letter motion is a replacement exhibit A to IBLLC's Complaint, which is identical to the document currently filed at ECF No. 1-1, except that the attorney work product has been removed.

We thank the Court and apologize for our inadvertent inclusion of work product in the original filing.

Respectfully submitted,

*/s/ Matthew E. Cooper*

Matthew E. Cooper

MEC

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060
United States
T +1.212.309.6000
F +1.212.309.6001