USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERACTIVE BROKERS LLC,

Plaintiff,

-v-

STEPHANIE LIN FOON WONG,

Defendant.

1:26-cv-6579-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 7, 2026, Plaintiff filed a motion to seal requesting to seal an exhibit originally filed with Plaintiff's complaint, which Plaintiff asserts inadvertently exposed attorney work product. Dkt. No. 13. Because Plaintiff has not complied with the Court's Individual Rules of Practice in Civil Cases for sealing documents that require court approval, Plaintiff's motion is denied without prejudice. *See* Individual Rule 4(A)(ii). In filing any renewed motion to seal, Plaintiff is directed to review and comply with Rule 4(A)(ii) and indicate what information Plaintiff is seeking to redact.

Plaintiff is encouraged to review Rule 21.7 of the SDNY Electronic Case Filing Rules, which instructs parties on how to properly address urgent requests to seal mistakenly filed documents containing sensitive or confidential information. Under this rule, parties can contact the ECF Help Desk via email at helpdesk@nysd.uscourts.gov to temporarily seal the filing until the presiding judge formally rules on their request. Accordingly, Plaintiff's motion to seal is DENIED without prejudice. The Clerk of the Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.

Dated: August 14, 2026

______________________________
GREGORY H. WOODS
United States District Judge