USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTERACTIVE BROKERS LLC,

Plaintiff,

-v-

STEPHANIE LIN FOON WONG,

Defendant.

---

1:26-cv-6579-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 25, 2026, Defendant's counsel filed a letter requesting leave to file a pre-answer motion to dismiss. Dkt. No. 24. The letter also requested a modified briefing schedule that would allow the Court to resolve the motion to dismiss before Defendant's opposition to Plaintiff's motion for a preliminary injunction, Dkt. No. 6, would be due. The Court will hold a teleconference regarding Defendant's proposed motion to dismiss and request for a modified briefing schedule on August 27, 2026 at 4:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

Plaintiff is ordered to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: August 26, 2026
New York, New York

GREGORY H. WOODS
United States District Judge