USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

INTERACTIVE BROKERS LLC,

Plaintiff,

-against-

STEPHANIE LIN FOON WONG,

Defendant.

---------------------------------------------------------------X

1:26-cv-6579-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the Court's order dated August 11, 2026, Dkt. No. 14, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than September 28, 2026. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's August 11, 2026 order forthwith and in any event no later than October 1, 2026.

SO ORDERED.

Dated: September 30, 2026
New York, New York

_______________________________
GREGORY H. WOODS
United States District Judge